**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SWAROVSKI AKTIENGESELLSCHAFT AND SWAROVSKI NORTH AMERICA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>LUANFENGJI, et al.,<br><br>Defendants. | Case No. 26-cv-01352<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Swarovski Aktiengesellschaft and Swarovski North America Limited ("Plaintiffs") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| luanfengji | 1 |
| montar3699 | 8 |
| Binxia Jewelry | 13 |
| DaWang Fashion | 17 |
| Mq little shop | 34 |
| xianxixi | 46 |

Dated this 19th day of March 2026.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs Swarovski Aktiengesellschaft
and Swarovski North America Limited*

2